# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| TORY TAYLOR,	)  |   |
| )  |   |
| *Plaintiff,*	)  |   |
| )  |   |
| vs.	)  | Cause No: 1:21-cv-2749 |
| )  |   |
| MHI SHARED SERVICES	)  |   |
| AMERICAS INC. LONG	)  |   |
| TERM DISABILITY PLAN and	)  |   |
| LIFE INSURANCE COMPANY	)  |   |
| OF NORTH AMERICA,	)  |   |
| )  |   |
| *Defendants.*	)  |   |

**SUMMONS IN A CIVIL ACTION**

TO:

*MHI Shared Services Americas Inc.*
 *Long Term Disability Plan*
*MHI Shared Services Americas Inc.*
*CT Corporation System*
*289 S. Culver St*
*Lawrenceville, GA 30046*

*Life Insurance Company of North America*
*CT Corporation System*
*334 N. Senate Ave*
*Indianapolis, IN 46250*

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Melissa A. Davidson*
*Hankey Law Office*
*434 E. New York St*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: __1:21-cv-2749_____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: Service via certified return receipt mail.

My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____      _____
*Server's Signature*

_Attorney Melissa A. Davidson_____
*Printed name and title*

_434 E. New York St, Indianapolis, IN 46202_____
*Server's address*

Additional information regarding attempted service, etc.